

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,356-01

### EX PARTE THOMAS DARRELL CROSS JR., Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. CR27615-B IN THE 75TH DISTRICT COURT
## FROM LIBERTY COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of sexual abuse of a child and sentenced to imprisonment for sixty years.

On March 23, 2015, an order designating issues was signed by the trial court, but no findings of fact have been forwarded with the application. It appears that the application was forwarded to this Court before the trial court finished its fact-finding. We remand this application to the 75th District Court of Liberty County to allow the trial judge to complete an evidentiary investigation and

enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: June 24, 2015
Do not publish